Commonwealth *v.* Wallace, Appellant.

Argued December 11, 1975. *Allan M. Dabrow*, with him *Shein & Brookman*, for appellant; *James W. Wilson, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Wardell, Appellant.

Submitted November 11, 1974. *Stephen H. Hutzelman*, and *Plate, Doyle, Kroto and Hutzelman*, for appellant; *Daniel J. Kuhn*, Assistant District Attorney, *Bernard L. Siegel*, First Assistant District Attorney, and *R. Gordon Kennedy*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.